**UNITED STATES of America, Plaintiff–Appellee**

v.

**Samuel Paul PETTIS, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee**

v.

**Larry Shoumaker, Defendant–Appellant.**

**Nos. 10–61008, 10–61009 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 28, 2012.

Clyde McGee, IV, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Oxford, MS, for Plaintiff–Appellee.

Gregory Scott Park, Assistant Federal Public Defender, Federal Public Defender's Office, Oxford, MS, for Defendant–Appellant.

Before JOLLY, JONES and SMITH, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

After our opinion was issued in this case, the Supreme Court decided *Dorsey v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

*United States,* —— U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). *Dorsey* held, contrary to our opinion, that the more lenient penalties of the Fair Sentencing Act ("Act") apply to offenders who committed an offense before the Act was passed, but were sentenced after the Act was enacted. We VACATE and REMAND this case for resentencing consistent with the Court's holding in *Dorsey.*

**VACATED and REMANDED for Resentencing.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be